UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GLENN CALVIN DAMOND (#394537)**                      CIVIL ACTION

**VERSUS**

**DOUGLAS McDONALD, ET AL.**                           NO. 09-0745-JVP-CN

<u>O R D E R</u>

    This matter comes before the Court on the plaintiff's Motion to Inform, rec.doc.no. 15, wherein he complains of the failure of prison officials to forward the initial partial filing fee ordered by the Court. Considering, however, that the Court's Order for payment, rec.doc.no. 10, included a provision that the payment not be made in the event that there were insufficient moneys in the plaintiff's account(s), and considering that an attachment to the plaintiff's motion reflects such insufficiency, the Court finds that there is no need for the initial partial payment to have yet been made. Accordingly,

    **IT IS ORDERED** that the plaintiff's Motion, rec.doc.no. 15, be and it is hereby **DENIED AS MOOT**.

    Signed in chambers in Baton Rouge, Louisiana, December 16, 2009.

                                     **MAGISTRATE JUDGE CHRISTINE NOLAND**