UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN CALVIN DAMOND (#394537)

VERSUS                                                    CIVIL ACTION NO.: 09-745-JVP-CN

DOUGLAS McDONALD, ET AL

# RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 25, 2010 (doc. 17). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. The court notes additionally that with regard to the plaintiff's allegations regarding interference with his First Amendment right of access to the courts through confiscation of his typing paper, it does not appear, and the plaintiff does not allege, that he did not have other paper available to him or that he has been prevented from submitting grievances, pleadings, or other writings to the courts or to prison officials. And with regard to the alleged interference with his administrative grievance, he has explicitly

conceded that on judicial review, the state court allowed him to re-submit his grievance and that prison officials ultimately addressed same.

Accordingly, the plaintiff's claims are hereby **DISMISSED** as legally frivolous within the meaning of 28 U.S.C. § 1915(e), and this action shall be **DISMISSED**, without prejudice to any state law claims which the plaintiff may have.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 24th, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA