UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN CALVIN DAMOND (#394537)

VERSUS                                            CIVIL ACTION NO.: 09-745-JVP-CN

DOUGLAS McDONALD AND
KENDALL McCRAY

# JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, Douglas McDonald and Kendall McCray, and against the plaintiff, Glenn Calvin Damond, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, March 24th, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA